THIS ORDER IS APPROVED.

Dated: June 27, 2008



James M. Marlar
JAMES M. MARLAR
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

PEDRO JUAN BORRERO and
ADILIA MERCEDES BORRERO,

Debtors.

BMW FINANCIAL SERVICES NA, LLC,

Movant,
vs.

PEDRO JUAN BORRERO and
ADILIA MERCEDES BORRERO,
debtors; and DIANNE C. KERNS,
Chapter 13 Trustee,

Respondents.

Chapter 13

Case No. 4:08-bk-0711-JMM

**STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Pursuant to LBR 9071-1, this Stipulated Order is filed jointly in the above-captioned Bankruptcy Case by Pedro J. Borrero and Adilia M. Borrero ("Debtors"), BMW Financial Services NA, LLC ("Movant") and Dianne C. Kerns, Chapter 13 Trustee ("Trustee") in order to provide an efficient and cost-effective resolution to this dispute.

Movant is a secured creditor by virtue of a lien on a certain 2007 BMW Z4 Coupe 3.0si, bearing Vehicle Identification No. 4USDU53417LF77501 ("Vehicle"), and such lien secures Debtors' indebtedness under a Motor Vehicle Lease Agreement Closed End ("Contract").

1

3158166v1(57410.43)

On June 13, 2008, the Debtors filed for relief under Chapter 13 of the Bankruptcy Code. On June 13, 2008, the Debtors filed their Chapter 13 Plan, which states that the Debtors reject the Contract with BMW. Further, the Debtors intend to surrender the Vehicle to Movant.

The Debtors, Movant, and the Trustee by their signatures below have agreed that this Stipulated Order is an efficient resolution to allow the Debtor to surrender the Vehicle.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. That the automatic stay provisions of 11 U.S.C. § 362 be terminated so as to permit Movant to take possession of the Vehicle described herein;

2. That Movant may sell or otherwise dispose of the Vehicle;

3. For such other and further relief as may be just and proper;

4. This Stipulated Order is binding in the event that this matter is converted to another Chapter under the Bankruptcy Code.

DATED _____

_____
United States Bankruptcy Judge

Approved and Stipulated as to form and content:

JENNINGS, STROUSS & SALMON, P.L.C.

By:/s/ _____
Bradley J. Stevens, Esq.
Todd M. Adkins, Esq.
201 East Washington Street, 11th Floor
Phoenix, Arizona 85004-2385
Attorneys for Movant

PHILLIPS & ASSOCIATES

By:/s/ _____
Andrew Nemeth, Esq.
3030 N. 3RD ST., #1100
PHOENIX, AZ 85012
Attorneys for Debtors

2

3158166v1(57410.43)

CHAPTER 13 TRUSTEE

By:/s/ Dianne C. Kerns/signed with permission
Dianne C. Kerns
7320 N. LA CHOLLA #154 PMB 413
TUCSON, AZ 85741-2305



3