**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-14150/162437337

THIS ORDER IS APPROVED.

Dated: February 18, 2009

*James M. Marlar*
**JAMES M. MARLAR**
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Pedro Juan Borrero and Adilia Mercedes Borrero<br>Debtors.<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns<br><br>      Movant,<br>vs.<br><br>Pedro Juan Borrero and Adilia Mercedes Borrero, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:08-bk-07111-JMM<br><br>Chapter 13<br><br>(Related to Docket # 40)<br><br>**STIPULATED ORDER REGARDING MOTION FOR RELIEF**<br><br>RE: Property located at<br>2339 East 29th Avenue<br>Apache Junction, Arizona 85219 |

UPON THE FOREGOING STIPULATION of the parties on file herein, and good cause appearing;

IT IS HEREBY ORDER that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the

subject of the Deed of Trust recorded in the records of the Pinal County, Arizona Recorder's Office, wherein Pedro Juan Borrero and Adilia Mercedes Borrero, are designated as trustors and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 2044, JACOBS RANCH, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet F, Slide 36.
>
> EXCEPTING AND RESERVING, however, unto the United States of America, all the coal and other minerals in the lands as set forth in the Patent of said Land.

IT IS FURTHER ORDER that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 - Monthly Payments at $2,032.02<br>(July 1, 2008 – August 1, 2008) | $ 4,064.04 |
| 4 - Monthly Payments at $1,931.21<br>(September 1, 2008 – December 1, 2008) | $ 7,724.84 |
| Bankruptcy Attorney Fees & Costs | $   500.00 |
| Total Amount of Post Petition Default | $12,288.88 |

1. The total arrearages above in the amount of **$12,288.88** shall be paid through the debtor's Amended/Modified Plan. Debtor's Amended/Modified Plan shall be filed within five (5) business days from the execution of this stipulation. The Movant shall file a Supplemental Proof of Claim in the amount of **$12,288.88** once this executed stipulation is received to account for the post-petition default.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for January 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

2

IT IS FURTHER ORDER that Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Stipulation are complied with.  In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice.  In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDER that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge.  Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant.  If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDER that if Debtor' Bankruptcy Case No. 4:08-bk-07111-JMM is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns, and after such dismissal, may, in its discretion, conduct a Trustee's

3

Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDER that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER ORDER that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.

_____
U.S. BANKRUPTCY COURT JUDGE