# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | PEDRO JUAN & ADILIA MERCEDES BORRERO | | |
| **Case Number:** | 4:08-BK-07111-JMM | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 09, 2009 01:30 PM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | LUPE MARTINEZ | | |

## Matter:

TRUSTEE'S MOTION TO DISMISS

**R / M #:**   72 / 0

## Appearances:

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE

## Proceedings:

MR. MORRIS REQUESTS A 30-DAY DROP-DEAD DATE.

COURT:  THE DEBTORS WILL HAVE 30 DAYS TO EITHER CURE, OR COME UP WITH AN ACCEPTABLE ALTERNATIVE; OTHERWISE, THE TRUSTEE WILL BE FREE TO LODGE AN ORDER OF DISMISSAL.