**THIS ORDER IS APPROVED.**

Dated: October 26, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24120 / 162437337

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:08-bk-07111-JMM |
| Pedro Juan Borrero and Adilia Mercedes Borrero<br>         Debtors. | Chapter 13 |
| BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. | EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |
|              Movant,<br>   vs. | |
| Pedro Juan Borrero and Adilia Mercedes Borrero, Debtors; Dianne C. Kerns, Trustee. | |
|              Respondents. | |

Pursuant to the Order entered on February 18, 2009, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

The Debtors have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 2339 E. 29th Ave. Apache Junction, AZ 85219 ("Property" herein) and legally described as:

Lot 2044, JACOBS RANCH, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet F, Slide 36.

EXCEPTING AND RESERVING, however, unto the United States of America, all the coal and other minerals in the lands as set forth in the Patent of said Land.

IT IS FURTHER ORDERED BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this _____ day of _____, 2009.

_____

UNITED STATES BANKRUPTCY JUDGE

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-14150/162437337

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Pedro Juan Borrero and Adilia Mercedes Borrero<br>   Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns<br><br>    Movant,<br>    vs.<br><br>Pedro Juan Borrero and Adilia Mercedes Borrero, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>    Respondents. | No. 4:08-bk-07111-JMM<br><br>Chapter 13<br><br>(Related to Docket # 40)<br><br>**STIPULATED ORDER REGARDING MOTION FOR RELIEF**<br><br>RE: Property located at<br>2339 East 29th Avenue<br>Apache Junction, Arizona 85219 |

UPON THE FOREGOING STIPULATION of the parties on file herein, and good cause appearing;

IT IS HEREBY ORDER that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the

subject of the Deed of Trust recorded in the records of the Pinal County, Arizona Recorder's Office, wherein Pedro Juan Borrero and Adilia Mercedes Borrero, are designated as trustors and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 2044, JACOBS RANCH, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet F, Slide 36.
>
> EXCEPTING AND RESERVING, however, unto the United States of America, all the coal and other minerals in the lands as set forth in the Patent of said Land.

IT IS FURTHER ORDER that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 - Monthly Payments at $2,032.02<br>(July 1, 2008 – August 1, 2008) | $ 4,064.04 |
| 4 - Monthly Payments at $1,931.21<br>(September 1, 2008 – December 1, 2008) | $ 7,724.84 |
| Bankruptcy Attorney Fees & Costs | $   500.00 |
| Total Amount of Post Petition Default | $12,288.88 |

1. The total arrearages above in the amount of **$12,288.88** shall be paid through the debtor's Amended/Modified Plan. Debtor's Amended/Modified Plan shall be filed within five (5) business days from the execution of this stipulation. The Movant shall file a Supplemental Proof of Claim in the amount of **$12,288.88** once this executed stipulation is received to account for the post-petition default.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for January 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

2

IT IS FURTHER ORDER that Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns as the current beneficiary under the above described Deed of Trust, agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Stipulation are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to Debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice. In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDER that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge. Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant. If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDER that if Debtor' Bankruptcy Case No. 4:08-bk-07111-JMM is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns, and after such dismissal, may, in its discretion, conduct a Trustee's

| | |
|---|---|
| 1 | Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect |
| 2 | their interest in the above legally described property. |
| 3 |     IT IS FURTHER ORDER that in the event of conversion by the Debtor to any other bankruptcy |
| 4 | chapter, the repayment portion of this Order shall become null and void, except that the portion of this |
| 5 | Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force |
| 6 | and effect. |
| 7 |     IT IS FURTHER ORDER that any hearings scheduled in the matter are vacated. |
| 8 | DATED this _____ day of _____ 2009. |

                                              _____
                                              U.S. BANKRUPTCY COURT JUDGE

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−4 | User: richardt | Date Created: 2/18/2009 |
| Case: 4:08−bk−07111−JMM | Form ID: pdf004 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | DIANNE C. KERNS | dckerns@dcktrustee.com |
| aty | ANDREW 2 NEMETH | nemeth_bankruptcy@yahoo.com |
| aty | ANDREW 8 NEMETH | nemeth_bankruptcy@yahoo.com |
| aty | ANDREW S. NEMETH | nemeth_bankruptcy@yahoo.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | PEDRO JUAN BORRERO | 2339 E. 29TH AVE. | APACHE JUNCTION, AZ 85219 |
| jdb | ADILIA MERCEDES BORRERO | 2339 E. 29TH AVENUE | APACHE JUNCTION, AZ 85219 |
| aty | MARK 4 BOSCO | TIFFANY &BOSCO, P.A. 2525 EAST CAMELBACK ROAD SUITE 300 PHOENIX, AZ 85016 | |

TOTAL: 3

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

PEDRO JUAN BORRERO
2339 E. 29TH AVE.
APACHE JUNCTION, AZ 85219
**SSAN:** xxx–xx–9232
**EIN:**

ADILIA MERCEDES BORRERO
2339 E. 29TH AVENUE
APACHE JUNCTION, AZ 85219
**SSAN:** xxx–xx–9866
**EIN:**

Debtor(s)

Case No.: 4:08–bk–07111–JMM

Chapter: 13

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on February 18, 2009, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: February 18, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number:  (520) 202−7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# Notice Recipients

District/Off: 0970–4   User: richardt   Date Created: 2/18/2009
Case: 4:08–bk–07111–JMM   Form ID: ntcntry   Total: 7

**Recipients of Notice of Electronic Filing:**
tr   DIANNE C. KERNS   dckerns@dcktrustee.com
aty   ANDREW 2 NEMETH   nemeth_bankruptcy@yahoo.com
aty   ANDREW 8 NEMETH   nemeth_bankruptcy@yahoo.com
aty   ANDREW S. NEMETH   nemeth_bankruptcy@yahoo.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   PEDRO JUAN BORRERO   2339 E. 29TH AVE.   APACHE JUNCTION, AZ 85219
jdb   ADILIA MERCEDES BORRERO   2339 E. 29TH AVENUE   APACHE JUNCTION, AZ 85219
aty   MARK 4 BOSCO   TIFFANY &BOSCO, P.A.   2525 EAST CAMELBACK ROAD   SUITE 300   PHOENIX, AZ 85016

TOTAL: 3

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24120/162437337

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Pedro Juan Borrero and Adilia Mercedes Borrero<br>Debtors.<br><br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>Movant,<br>vs.<br><br>Pedro Juan Borrero and Adilia Mercedes Borrero, Debtors; Dianne C. Kerns, Trustee.<br><br>Respondents. | No. 4:08-bk-07111-JMM<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>2339 East 29th Avenue<br>Apache Junction, AZ 85219 |

  BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

  1.  An Order was entered on Febuary 18, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded May 16, 2007 at Recording No. 2007-058415 the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

> Lot 2044, JACOBS RANCH, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet F, Slide 36.
>
> EXCEPTING AND RESERVING, however, unto the United States of America, all the coal and other minerals in the lands as set forth in the Patent of said Land.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | | |
|---|---|---:|
| a. | 4 Monthly Payments at $2,032.02 | $8,128.08 |
| | (June 1, 2009 – September 1, 2009) | |
| b. | Attorneys Fees | $ 100.00 |
| c. | Less Debtor suspense | -($1,729.59) |
| | Total Reinstatement | $6,498.49 |

3. Debtors are responsible for the subsequent payments that will come due during this Default period:

| | | |
|---|---|---:|
| a. | 1 Monthly Payments at $2,032.02 | $2,032.02 |
| | (October 1, 2009) | |

PARTIAL TENDERS WILL NOT BE ACCEPTED

4. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting

the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 25th day of September, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Suite 300
Phoenix, Arizona 850165
Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.